**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date: January 21, 2011
Court Reporter:     Kara Spitler
Probation Officer:  Katrina Devine

Criminal Action No. 10-cr-00340-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     David Conner

       Plaintiff,

v.

CECIL WILHELM,                                Lester Nieves

       Defendant.

---

### SENTENCING MINUTES
---

**2:43 p.m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 8, 2010.  Defendant pled guilty to Count 2 of the Indictment.**  The Government orally moves to dismiss the remaining Count 1 of the Indictment.

Defendant has no objection.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Doc. #22**)  Argument by Mr. Conner.  The defendant has no objection and joins the motion

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Allocution. - Statements made by:  The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**     The Government's oral motion to dismiss Count 1 of the Indictment is **GRANTED.**

**ORDER:**     Government's Motion for Downward Departure (**Doc. #22**) is **GRANTED**.

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:15  p.m.**     **Court in recess.**

Total Time:    32 minutes.
Hearing concluded.